IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH G. SITKO and CYNTHIA SITKO, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV7 |
| v. | ) ) | |
| KIEFFER C. MUMM and CURT MUMM, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of Angela J. Miller to withdraw as counsel of record for plaintiff (Filing No. 25). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Angela J. Miller is deemed withdrawn as counsel for plaintiff.

DATED this 21st day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court