IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH G. SITKO and CYNTHIA SITKO, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV7 |
| v. | ) ) | |
| KIEFFER C. MUMM and CURT MUMM, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation for dismissal (Filing No. 28).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 4th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court